IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03016-KLM

DIANNA STEELE,

    Plaintiff,

v.

COLORADO SPRINGS EARLY COLLEGES,
KEITH KING, in his individual capacity, and
JASON DILGER, in his individual capacity,

    Defendants.

___

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' **Unopposed Motion for Entry of Stipulated Protective Order** [#21] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#21-1] supplied by Defendants is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

Dated: March 9, 2015