IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03016-KLM

DIANNA STEELE,

    Plaintiff,

v.

COLORADO SPRINGS EARLY COLLEGES,
KEITH KING, and
JASON DILGER,

    Defendants.

---

## JUDGMENT

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

    I.    Pursuant to the Order [#39] entered by Magistrate Judge Kristen L. Mix on November 18, 2015, which order is incorporated by reference,

    **IT IS ORDERED** that Plaintiff's Partial Motion for Summary Judgment [#35] is GRANTED.  Summary judgment is hereby entered in favor of Plaintiff on the first three elements of Plaintiff's First Amendment free speech retaliation claim.

    II.    Pursuant to the oral ruling at the Jury Trial - Day Three [#59] held before Magistrate Judge Kristen L. Mix on December 16, 2015, which order is incorporated by reference,

    **IT IS ORDERED** that Defendant's Oral Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 50(a)(1) is GRANTED IN PART AND DENIED IN PART.  Pursuant to the Court's ruling, Plaintiff's economic damages are limited to lost wages.  It is

    **FURTHER ORDERED** that Plaintiff's punitive damages claim is DISMISSED. It is

    **FURTHER ORDERED** that Plaintiff's First Amendment right of association retaliation claim is DISMISSED.

    III.    This matter was tried before a jury of eight, duly sworn, commencing December 14, 2015 and reaching a verdict December 18, 2015. Pursuant to the verdict of the jury [#63] filed December 18, 2015,

**IT IS ORDERED** that Plaintiff DiAnna Steele's protected speech was not a substantial or motivating factor in the decision not to renew her employment contract. It is

**FURTHER ORDERED** that Defendant Jason Dilger did not harrass Plaintiff after she complained about security concerns at CSEC. It is

**FURTHER ORDERED** that Defendant Keith King did not harass Plaintiff after she complained about security concerns at CSEC.

ACCORDINGLY, it is hereby **ORDERED** that final judgment is entered for the Defendants Colorado Springs Early Colleges, Keith King and Jason Dilger and against Plaintiff DiAnna Steele on all claims.

**IT IS FURTHER ORDERED**, pursuant to Fed. R. Civ. P. 54(d)(2), that any motion for attorneys' fees shall be filed on or before **January 15, 2016.**

DATED at Denver, Colorado December 23rd, 2015.

        FOR THE COURT:
        Jeffrey P. Colwell, Clerk


        By s/ L. Galera
            Deputy Clerk